IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Brian Galbreath, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-CV-337- |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY |
| Christiana Care Health Services, Inc.., | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

**RULE 26(a)(1) INITIAL DISCLOSURES OF PLAINTIFF, BRIAN GALBREATH**

Plaintiff, Brian Galbreath, hereby provides his Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures and states as follows:

**(A)** **Identities of individuals likely to have knowledge of discoverable information that may be used to support the disclosing party's claims or defenses**

>  Brian Galbreath
>  Christine Collins
>  Sean Ellsworth
>  Peggy Carroll
>  Dr. Bruce Katz
>  Jennifer Johnson
>  Keely Barnes
>  Audrey VanHorne
>  Michael S. Silverman, Esq.

**(B)** **Documents and things in the possession of counsel or the party that may be used to support the disclosing party's claims or defenses.**

1. New Hire Information dated 10/12/04;
2. Employee benefits Update dated October 25, 2004;
3. Referral Payment of $1,000.00 to Nancy Galbreath;
4. Request for Automatic Payroll Deposit dated 10/12/04;
5. Christina Care Job Specification - RN ;
6. Christina Care Job Specification - Physician Office Practice Coordinator;
7. Christina Care letter dated August 24, 2000;
8. Medical records regarding Plaintiff's cervical spine injury and treatment
9. Records from the Industrial Accident Board regarding Worker Compensation benefits paid to Plaintiff.

                                              NOLTE & ASSOCIATES

                                              BY: */s/ R. Stokes Nolte*
                                              R. STOKES NOLTE, ESQ.
                                              Bar ID: 2301
                                              1010 N. Bancroft Parkway, Suite 21
                                              Wilmington, DE 19805
                                              (302) 777-1700

Dated: August 13, 2007                            Attorney for Plaintiff