IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN GALBRAITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-CV-337 GMS |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I hereby certify that on the 19th day of September, 2007, two (2) copies of **DEFENDANT'S INITIAL DISCLOSURES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

        R. Stokes Nolte, Esquire
        1010 N. Bancroft Parkway
        Suite 21
        Wilmington, DE 19805

        /s/ David H. Williams
        David H. Williams (#616)
        dwilliams@morrisjames.com
        James H. McMackin, III (#4284)
        jmcmackin@morrisjames.com
        MORRIS JAMES LLP
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE  19899
        302.888.6900/5849

|  |  |
|---|---|
|  | Michael J. Ossip (admitted *pro hac vice*)<br>Thomas S. Bloom (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>215.963.5543<br>Fax:  877.432.9652 |
| Dated:  September 19, 2007 | Attorneys for Defendant Christiana Care Health Systems |

1613776/1