## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

BRIAN GALBRAITH,                         :
                                    :       C.A. No. 07-CV-337
                Plaintiff,       :
                                      :
      v.                                    :
                                        :
CHRISTIANA CARE HEALTH SERVICES, INC. :
                                        :
            Defendant.                    :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Yordanos Teferi, Esquire to represent Christiana Care Health Services, Inc. in this matter.

                            MORRIS JAMES LLP

                            _____
                            David H. Williams (#616)
                            dwilliams@morrisjames.com
                            James H. McMackin, III (#4284)
                            jmcmackin@morrisjames.com
                            500 Delaware Avenue, Suite 1500
                            P.O. Box 2306
                            Wilmington, DE  19899
                            (302) 888-6900/5849
                            Attorneys for Defendant

Date:  October 9, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:  _____        _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the United States District Court, Eastern District of Pennsylvania and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Court of the Court.

Yordanos Teferi, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5542

Dated: October 8, 2007

1621034/1