IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN GALBRAITH, | : |
|                 Plaintiff, | :   C.A. No. 07-CV-337 |
| v. | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
|                 Defendant. | : |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael J. Ossip, Esquire to represent Christiana Care Health Services, Inc. in this matter.

            MORRIS JAMES LLP

            _/s/ David H. Williams_
            David H. Williams (#616)
            dwilliams@morrisjames.com
            James H. McMackin, III (#4284)
            jmcmackin@morrisjames.com
            500 Delaware Avenue, Suite 1500
            P.O. Box 2306
            Wilmington, DE  19899
            (302) 888-6900/5849
            Attorneys for Defendant

Date: October 9, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____             _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania, the United States Courts of Appeals for the Third, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

_____
Michael J. Ossip, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761

Dated: October 8, 2007

1621042/1