IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN GALBRAITH, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-CV-337 GMS |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
| Defendant. | : |

NOTICE OF SERVICE

I hereby certify that on the 4th day of December, 2007, two (2) copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** and **DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO PLAINTIFF** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

    R. Stokes Nolte, Esquire
    1010 N. Bancroft Parkway
    Suite 21
    Wilmington, DE 19805

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
302.888.6900/5849

                                        Michael J. Ossip (admitted pro hac vice)
                                        Sean W. Sloan (admitted pro hac vice)
                                        Yordanos Teferi (admitted pro hac vice)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103
                                        215.963.5761/5084
                                        Fax:  877.432.9652

Dated: December 4, 2007                Attorneys for Defendant Christiana Care
                                        Health Services

1613776/1