IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN GALBRAITH, | : |
|           Plaintiff, | :   C.A. No. 07-CV-337 |
| v. | : |
| CHRISTIANA CARE HEALTH SERVICES, INC. | : |
|           Defendant. | : |

### ENTRY OF APPEARANCE

Please enter the appearance of David H. Williams as counsel for Defendant in the above-captioned matter.

          MORRIS JAMES LLP

          /s/ David H. Williams
          David H. Williams (#616)
          dwilliams@morrisjames.com
          James H. McMackin, III (#4284)
          jmcmackin@morrisjames.com
          500 Delaware Avenue, Suite 1500
          P.O. Box 2306
          Wilmington, DE 19899
          (302) 888-6900/5849

          Michael J. Ossip (admitted pro hac vice)
          Sean W. Sloan (admitted pro hac vice)
          Yordanos Teferi (admitted pro hac vice)
          MORGAN, LEWIS & BOCKIUS LLP
          1701 Market Street
          Philadelphia, PA 19103
          (215) 963-5761/5084
          Fax: (877) 432-9652

          Attorneys for Defendant

Date: December 20, 2007

1641144/1