# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Brian Galbreath,                          )
                                          )
                    Plaintiff,            )        C.A. No. 07-CV-337
                                          )
            v.                            )
                                          )        TRIAL BY JURY
Christiana Care Health Services,          )        DEMANDED
Inc.,                                     )
                                          )
            Defendant.

## CERTIFICATE OF SERVICE

I, R. Stokes Nolte, hereby certify that service of the foregoing **Plaintiffs, Brian**

**Galbraith, First set of Interrogatories and Request for Production Directed to the**

**Plaintiff,** was duly made by Lexis-Nexis File and Serve to the individuals listed below on

this 14th day of February, 2008.

David H. Williams, Esquire (#616)
James H. McMackin, III, Esquire (# 4284)
**Morris James LLP**
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899


                                        */s/ R. Stokes Nolte*
                                        R. Stokes Nolte, Esquire
                                        Reilly, Janiczek & McDevitt
                                        1010 N. Bancroft Parkway
                                        Suite 21
                                        Wilmington, DE 19805
                                        (302) 777-1700
                                        *Attorney for Plaintiff*

Date: February 14, 2008