IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Brian Galbreath, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-CV-337 |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY |
| Christiana Care Health Services, Inc., | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, R. Stokes Nolte, hereby certify that service of the foregoing **Plaintiff's First Set of Interrogatories Directed to the Defendant** and **Plaintiff's First Request for Production of Documents Directed to the Defendant** was electronically filed and served by CM/EFC to the following:

David H. Williams (#616)
James H. McMackin, III (#4284)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899

*/s/ R. Stokes Nolte*
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700

Date: February 15, 2008