IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN GALBRAITH,<br><br>      Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC.<br><br>      Defendant. | :<br>:  C.A. No. 07-CV-337 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between counsel for the respective parties that the above-captioned action be dismissed with prejudice.

NOLTE & ASSOCIATES

_____
R. Stokes Nolte, Esquire (#2301)
rnolte@nb-de.com
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorneys for Plaintiff

Dated: June 18, 2008

MORRIS JAMES LLP

_____  6/23/08
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (admitted pro hac vice)
Sean W. Sloan (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5761/5084
Attorneys for Defendant

IT IS SO ORDERED this _____ day of _____, 2008.

_____
J.

1821721/1